```
                                              FILED
                                         U.S. DIST COURT
                                        MIDDLE DIST OF LA

                                         2008 JUN -2 P 4:01

                                         _____
                                          BY DEPUTY CLERK
```

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VICTOR B. HARRISON** | **CASE NO:** | 04-699-D-M1 |
| v. | **JUDGE:** | BRADY |
| **EXIDE TECHNOLOGIES, INC., SCHUYLKILL METALS CORPORATION D/B/A BATON ROUGE SMELTING COMPANY** | **MAGISTRATE:** | RIEDLINGER |

### ORDER

**IT IS ORDERED THAT** this case is hereby dismissed without prejudice. Any party can file a motion to reopen this case upon a showing of good cause within 60 days from the date of this order.

Baton Rouge, Louisiana, this 2nd day of JUNE, 2008.

_____
UNITED STATES DISTRICT JUDGE
JAMES J. BRADY