UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICTOR B. HARRISON | CASE NO: | 04-699-D-M1 |
| v. | JUDGE: | BRADY |
| EXIDE TECHNOLOGIES, INC., SCHUYLKILL METALS CORPORATION D/B/A BATON ROUGE SMELTING COMPANY | MAGISTRATE: | RIEDLINGER |

## ORDER

**IT IS ORDERED THAT** all claims asserted in this case by against the Plaintiff, Victor B. Harrison (Mr. Harrison), the Defendant, Exide Technologies (Exide), doing business in Louisiana as Exide Technologies Inc., improperly named in the petition of Mr. Harrison as Exide Technologies, Inc., and Schuylkill Metals Corporation d/b/a Baton Rouge Smelting Company, and the Intervenor and the Third-Party Defendant, the Liberty Mutual Insurance Company (Liberty Mutual) are hereby dismissed with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this 27th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE

377042